IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3009 |
| | ) | |
| V. | ) | |
| | ) | |
| DONALD SNOOZY and | ) | ORDER |
| KATHRYN SNOOZY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The defendants are jointly represented by Mr. Achelphol. We need to comply with the provisions of Federal Rule of Criminal Procedure 44(c). Accordingly,

IT IS ORDERED that at the time of sentencing of each defendant the lawyers shall call this matter to my attention so that the appropriate inquiry can be made prior to sentencing.

DATED this 17th day of February, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge