IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3009 |
| | ) | |
| V. | ) | |
| | ) | |
| DONALD SNOOZY and | ) | ORDER |
| KATHRYN SNOOZY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that the defendants' motions to continue deadlines in orders on sentencing schedule (filings 28 and 29) are granted. Paragraph 6 of the orders on sentencing schedule is amended by inserting July 21, 2010. Paragraph 7 of the orders on sentencing schedule is also amended to provide that the Judge's tentative findings are due July 28, 2010. The defendants' sentencing hearings remain scheduled on August 20, 2010.

DATED this 21st day of April, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge