IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|                                                             ) | |
|                         Plaintiff,           ) | 4:10CR3009 |
|                                                             ) | |
|            V.                                         ) | |
|                                                             ) | |
| DONALD SNOOZY and              ) | ORDER |
| KATHRYN SNOOZY,                  ) | |
|                                                             ) | |
|                         Defendants.      ) | |
|                                                             ) | |

     IT IS ORDERED that Defendant Donald Snoozy's sentencing is continued to Friday, September 9, 2011, at 12:00 noon, and Defendant Kathryn Snoozy's sentencing is continued to Friday, September 9, 2011, at 12:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendants shall be present unless excused by the court.

     DATED this 6th day of January, 2011.

                                         BY THE COURT:

                                         *Richard G. Kopf*
                                         United States District Judge