IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3009 |
| | ) | |
| V. | ) | |
| | ) | |
| DONALD SNOOZY and | ) | ORDER |
| KATHRYN SNOOZY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that the defendants' motions for leave to file motions for departure and variance from the U.S. Sentencing Guidelines out of time (filings 40 and 41) are granted. The deadline for filing motions for departure is extended to February 4, 2011.

DATED this 28th day of January, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge