IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3009 |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD SNOOZY and | ) | ORDER |
| KATHRYN SNOOZY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    IT IS ORDERED that the motions for departure and variance (filings 43 and 44) will be resolved at sentencing.[1]

    DATED this 8th day of February, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge

---

[1] Without committing myself, and for several reasons, it is unlikely that I will impose a prison or jail sentence.